**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 23-1169, 23-1170

Wells Fargo Bank vs. Hertz Corp.

Calendar Date 10/25/2023   Location Philadelphia

**ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL**

Receipt acknowledged by: Paul D. Clement

Designation of Arguing Counsel: Paul D. Clement

Member of the Bar: ☑ Yes   ☐ No

Representing (check only one):

☐ Petitioner(s)   ☐ Appellant(s)   ☐ Intervenor(s)

☐ Respondent(s)   ☑ Appellee(s)   ☐ Amicus Curiae

Please list the name of the lead party being represented:

Hertz Corp.

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)