# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1169

In re the Hertz Corp., et al.   vs. _____

Calendar Date: 10/25/2023     Location: Philadelphia

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Mark T. Stancil

Designation of Arguing Counsel: Mark T. Stancil

Member of the Bar:   ✓ Yes     ☐ No

Representing (check only one):

☐ Petitioner(s)    ✓ Appellant(s)    ☐ Intervenor(s)

☐ Respondent(s)    ☐ Appellee(s)    ☐ Amicus Curiae

Please list the name of the lead party being represented:

Wells Fargo Bank, N.A. as Indenture Trusteee

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)