Nos. 23-1169, 23-1170

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

─────────────────

IN RE: THE HERTZ CORPORATION, et al.

*Reorganized Debtors.*

─────────────────

WELLS FARGO BANK, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE,

*Appellant* (23-1169),

v.

THE HERTZ CORPORATION, et al.,

*Appellees.*

─────────────────

U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE,

*Appellant* (23-1170)*,*

v.

THE HERTZ CORPORATION, et al.,

*Appellees.*

─────────────────

On Appeal from the United States Bankruptcy Court
for the District of Delaware, No. 21-50995

─────────────────

## MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING OR REHEARING EN BANC

─────────────────

THOMAS E. LAURIA
WHITE & CASE
200 South Biscayne Blvd., Ste. 4900
Miami, FL 33131

JASON N. ZAKIA
WHITE & CASE
111 S. Wacker Drive, Ste. 5100
Chicago, IL 33130

PAUL D. CLEMENT
C. HARKER RHODES IV
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

*Counsel for Appellees*
*(Additional Counsel Listed on Inside Cover)*

September 13, 2024

DAVID M. TURETSKY
WHITE & CASE
1221 Avenue of the Americas
New York, NY 10020

AARON COLODNY
WHITE & CASE
555 South Flower Street, Ste. 2700
Los Angeles, CA 90071

RICARDO PALACIO
ASHBY & GEDDES
500 Delaware Avenue
P.O. Box 1150, 8th Floor
Wilmington, DE 19899

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Local Appellate Rule 26.1.1, Appellees make the following disclosure:

1. Corporate ownership and financial interests:

   (a) Hertz Global Holdings, Inc. owns one hundred percent of the equity interests of Rental Car Intermediate Holdings, LLC, which in turn owns one hundred percent of the equity interests of The Hertz Corporation ("Hertz").

   (b) Hertz owns one hundred percent of the equity interests of the following entities: (1) Hertz Transporting, Inc.; (2) Firefly Rent A Car, LLC; (3) SellerCo Corporation (f/k/a Donlen Corporation); (4) Hertz Technologies, Inc; (5) Hertz Car Sales, LLC; (6) Hertz System, Inc; (7) Smartz Vehicle Rental Corporation; (8) Hertz Global Services Corporation; (9) Hertz Local Edition Corporation; and (10) Rental Car Group Company, LLC.

   (c) Rental Car Group Company, LLC owns one hundred percent of the equity interests in Dollar Thrifty Automotive Group, Inc.

   (d) Dollar Thrifty Automotive Group, Inc. owns one hundred percent of the equity interests of the following entities: (1) Thrifty, LLC; (2) Dollar Rent A Car, Inc.; and (3) DTG Operations, Inc.

Case: 23-1169    Document: 64    Page: 4    Date Filed: 09/13/2024

    (e)    DTG Operations, Inc. owns one hundred percent of the equity interests of DTG Supply, LLC.

    (f)    Hertz Local Edition Corporation owns one hundred percent of the equity interests of Hertz Local Edition Transporting, Inc.

    (g)    Thrifty, LLC owns one hundred percent of the equity interests of the following entities: (1) Thrifty Car Sales, Inc.; (2) Thrifty Insurance Agency, Inc.; and (3) Thrifty Rent-A-Car System, LLC.

    (h)    No other publicly held company holds 10% or more of any Appellee's stock or has a financial interest in the outcome of the proceeding.

2.    Relevant participants in the bankruptcy cases:

    (a)    The Debtors in the chapter 11 cases were: (1) Hertz, (2) Hertz Global Holdings, Inc., (3) Thrifty Rent-A-Car System, LLC, (4) Thrifty, LLC, (5) Dollar Thrifty Automotive Group, Inc., (6) Firefly Rent A Car LLC, (7) CMGC Canada Acquisition ULC, (8) Hertz Aircraft, LLC, (9) Dollar Rent A Car, Inc., (10) Dollar Thrifty Automotive Group Canada Inc., (11) SellerCo Corporation (f/k/a Donlen Corporation), (12) SellerCo FSHCO Company (f/k/a Donlen FSHCO Company), (13) Hertz Canada Limited, (14) SellerCo Mobility Solutions, Inc. (f/k/a Donlen Mobility Solutions, Inc.), (15) DTG Canada Corp., (16) DTG Operations, Inc., (17) Hertz Car Sales LLC, (18) DTG Supply, LLC,

(19) Hertz Global Services Corporation, (20) Hertz Local Edition Corp., (21) Hertz Local Edition Transporting, Inc., (22) SellerCo Fleet Leasing Ltd. (f/k/a Donlen Fleet Leasing Ltd.), (23) Hertz System, Inc., (24) Smartz Vehicle Rental Corporation, (25) Thrifty Car Sales, Inc., (26) Hertz Technologies, Inc., (27) TRAC Asia Pacific, Inc., (28) Hertz Transporting, Inc., (29) Rental Car Group Company, LLC, (30) Rental Car Intermediate Holdings, LLC ("RCIH").  On September 28, 2021, the Court entered a final decree closing each of the chapter 11 cases for the Debtors other than RCIH's chapter 11 case.

(b) The members of the Official Committee of Unsecured Creditors (the "UCC") dissolved on June 30, 2021, the effective date of the petitioners' chapter 11 plan of reorganization.  The members of the UCC were: (1) American Automobile Association, Inc.; (2) Emma Bradley; (3) Janice Dawson; (4) International Brotherhood of Teamsters; (5) Pension Benefit Guaranty Corp.; (6) Sirius XM Radio, Inc.; (7) U.S. Bank National Association; and (8) Wells Fargo Bank, NA.

## MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING OR REHEARING EN BANC

Appellees respectfully move for a 21-day extension of the time in which to file a petition for rehearing or rehearing en banc, to October 15, 2024. In support of this motion, Appellees state as follows:

1.	This Court issued its opinion in this case on September 10, 2024. Absent an extension, the current deadline for any petition for rehearing or rehearing en banc would be September 24, 2024. *See* Fed. R. App. P. 35(c), 40(a)(1). The present request for a 21-day extension, to October 15, 2024, is Appellees' first request for an extension of the time within which to file a petition for rehearing or rehearing en banc.

2.	Good cause exists for the requested extension, as the undersigned lead counsel for Appellees, Paul D. Clement, has multiple previously scheduled briefing and argument obligations in other courts over the coming weeks that would make it difficult to prepare an adequate petition for rehearing or rehearing en banc absent the requested extension. Those obligations include preparing for and presenting oral argument before the Supreme Court in *Glossip v. Oklahoma*, No. 22-7466 (U.S.) (set for argument Oct. 9, 2024) (capital case), as well as a petition for rehearing in *Tesla, Inc. v. Louisiana Automobile Dealers Ass'n*, No. 23-30480 (5th Cir.) (due Sept. 13, 2024); a motion for summary judgment in *Ogle School Management, LLC v. U.S. Department of Education*, No. 24-cv-259 (N.D. Tex.) (due Sept. 13, 2024); a petition

for writ of certiorari to the Supreme Court in *Walt Disney Co. v. Tax Appeals Tribunal of New York*, No.___ (U.S.) (due Sept. 20, 2024); preparing for and presenting oral argument in *Huntsman v. Corporation of the President of the Church of Jesus Christ of Latter-Day Saints*, No. 21-56056 (9th Cir.) (set for argument on Sept. 25, 2024); a reply in support of summary judgment in *LEJILEX v. SEC*, No. 24-cv-168 (N.D. Tex.) (due Oct. 2, 2024); and a reply brief in *Academy of Allergy & Asthma in Primary Care v. Louisiana Health Service & Indemnity Co.*, No. 23-30925 (6th Cir.) (due Oct. 11, 2024).

3. Given the totality of these other pending obligations, a 21-day extension is warranted to ensure that counsel for Appellees will have time to prepare a petition for rehearing or rehearing en banc that will present the issues in the manner most helpful to the Court.

4. Appellees have conferred with Appellants regarding this motion. Appellant U.S. Bank National Association has informed Appellees that it takes no position on this motion. Appellant Wells Fargo Bank, National Association has informed Appellees that it does not consent to this motion and intends to file an opposition.

WHEREFORE, for the foregoing reasons, Appellees respectfully move this Court to extend the time within which to file a petition for rehearing or rehearing en banc by 21 days to October 15, 2024.

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
<tr><td>

THOMAS E. LAURIA
WHITE & CASE
200 South Biscayne Blvd., Ste. 4900
Miami, FL 33131

JASON N. ZAKIA
WHITE & CASE
111 S. Wacker Drive, Ste. 5100
Chicago, IL 33130

AARON COLODNY
WHITE & CASE
555 South Flower Street, Ste. 2700
Los Angeles, CA 90071

DAVID M. TURETSKY
WHITE & CASE
1221 Avenue of the Americas
New York, NY 10020

</td><td>

s/Paul D. Clement
PAUL D. CLEMENT
C. HARKER RHODES IV
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

RICARDO PALACIO
ASHBY & GEDDES
500 Delaware Avenue
P.O. Box 1150, 8th Floor
Wilmington, DE 19899

</td></tr>
</table>

*Counsel for Appellees*

September 13, 2024

3

## CERTIFICATE OF COMPLIANCE

1. I hereby certify that this document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 483 words as determined by the word counting feature of Microsoft Word 2016, excluding the parts of the document exempted by Fed. R. App. P. 32(f).

2. I hereby certify that this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman type.

s/Paul D. Clement<br>
Paul D. Clement

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>s/Paul D. Clement</u>
Paul D. Clement